UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Jocelyn Damper

v.

Case No. 4:16-CV-01253

Kanawha Insurance Company

## ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's Office:

### Option 1

( ) The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* ***If the parties require more time to complete mediation, lead counsel must file a motion with the Court.***

### Option 2

( X ) A final ADR conference was held on May 31, 2017.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: _____

_____

The ADR referral was concluded on May 31, 2017. The parties [( X ) did ( ) did not] achieve a settlement.

### Option 3

( ) Although this case was referred to ADR, a conference WAS NOT HELD.

6/13/17
Date

_____
Neutral, Mr. Michael S. Geigerman